**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-6636**

_____

WENDELL D. LLOYD,

     Plaintiff - Appellant,

  v.

DEAN LOCKLEAR, Superintendent, New Hanover Correctional; OFFICER
HOFFLER; NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY; INMATE
GRIEVANCE RESOLUTION BOARD,

     Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge.  (5:15-ct-03262-BO)

_____

Submitted:  October 18, 2016   Decided:  October 20, 2016

_____

Before WILKINSON, KING, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Wendell D. Lloyd, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wendell D. Lloyd appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Lloyd's motion to appoint counsel, and we affirm for the reasons stated by the district court. Lloyd v. Locklear, No. 5:15-ct-03262-BO (E.D.N.C. Apr. 22, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED